IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEANDER CALHOUN,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:14cv341-MHT
                              )          (WO)
ROBERT BENTLEY, et al.,       )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the conditions of confinement at Kilby Correctional Facility, the medical copayment requirement, and aspects of the prison classification system.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted because, on the current record, there is not

enough evidence for plaintiff to survive summary judgment. However, the court makes no finding as to whether the conditions plaintiff alleges exist do exist or whether they are unconstitutional.

An appropriate judgment will be entered.

DONE, this the 20th day of March, 2017.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**