IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN,            )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                         )<br>                              )<br>ROBERT BENTLEY, et al.,      )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>   2:14cv341-MHT<br>        (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 56) is adopted.

(2) Defendants' motion for summary judgment (doc. no. 29) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

The parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 20th day of March, 2017.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE